UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOT JAMES BROWN,

    Plaintiff,

                                                                      Civil No. 06-13161
                                                                      Hon. John Feikens

    v.

UNITED STATES ATTORNEY GENERAL,
KWAME KILPATRICK, and ALAN WALLACE,

    Defendant.

_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING CLAIMS PURSUANT TO 28 U.S.C. §1915(e)(2)(B)

    Plaintiff Elliot Brown filed a complaint and application to proceed without prepayment of fees on July 11, 2006. On the basis of those filings and his oral representations on his ability to pay, I GRANT Plaintiff's application to proceed *in forma pauperis*. See 28 U.S.C. §1915(a)(1).

    Pursuant to 28 U.S.C. §115(e)(2)(B), this court is authorized to dismiss Plaintiff's claims upon determining that the claims are frivolous, fail to state a claim on which relief may be granted, or seek monetary relief from Defendants that are immune from such relief. Although Plaintiff's allegations against the U.S. Attorney General are unclear, the likeliest basis for the complaint against him is that he has failed to sue the other defendants on Plaintiff's behalf. Among other things, he alleges that he was taken to a mental hospital against his will, where Mayor of Detroit Kwame Kilpatrick orchestrated attacks on him by doctors and fellow patients. As for Defendant Wallace, Plaintiff alleges that Wallace strangled him on the first floor of the City/County building and also prevented him from attending a City Council meeting, but that

these actions were also at the behest of the Mayor.  He seeks one billion dollars in damages.[1]

These allegations are frivolous, and in the alternative fail to allege any claim on upon which monetary or other relief may be granted.  Therefore, I DISMISS them without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

Date:  July 31, 2006                                        s/John Feikens
                                                            United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on July 31, 2006, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager

---

[1] Plaintiff has brought a sizable number of other actions that have been dismissed on similar reasoning.  See Brown v. Holdener et al., 67 Fed. Appx. 288 (6th Cir. 2003); Brown v. Piper, Case No. 95-1069, 1995 U.S. App. LEXIS 24670 (6th Cir. 1995); Brown v. Gonzales, Case No. 06-12679, Order of June 22, 2006 (E.D. Mich.); Brown v. U.S. Attorney General, Case No. 05-74781, Order of December 23, 2005 (E.D. Mich.).